IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**DWIGHT A. EDWARDS,**

    Plaintiff,

v.                                            CIVIL ACTION NO.: 3:16-CV-34
                                                        (GROH)

**DEPUTY JOSEPH GRANTHAM,**
**Jefferson County Sheriff's Office,**

    Defendant.

## ORDER DISMISSING PLAINTIFF'S
## MOTION TO RESOLVE AND EXPUNGE RECORDS

Currently before the Court is the *pro se* Plaintiff's motion to resolve and expunge records [ECF No. 26], filed on October 5, 2016. In his motion, the Plaintiff requests that this Court expunge his West Virginia state criminal charges pending in Jefferson County Magistrate Court.

Upon consideration, the Court finds that it lacks jurisdiction to entertain the motion. See Pinkerton v. Transp. Sec. Admin., No. 11-CV-421-JED-FHM, 2014 WL 1310203, at *4-5 (N.D. Okla. Mar. 31, 2014); see also United States v. Coloian, 480 F.3d 47, 50-52 (1st Cir. 2007). Accordingly, the Court **ORDERS** the motion [ECF No. 26] **DISMISSED**.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record and to mail a certified copy, return receipt requested, to the *pro se* Plaintiff.

**DATED:** January 18, 2017

                                                             GINA M. GROH
                                                             CHIEF UNITED STATES DISTRICT JUDGE